ACCEPTED
05-13-01700-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/15/2015 11:22:55 AM
LISA MATZ
CLERK

# IIII Ware Jackson Lee Chambers

April 15, 2015

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

4/15/2015 11:22:55 AM

LISA MATZ
Clerk

Lisa Matz
Clerk, Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

*Via ProDoc E-File*

Re:     Case No. 05-13-01700-CV; *Orca Assets, G.P., L.L.C. v. JPMorgan Chase Bank, N.A., et al.*

Dear Ms. Matz:

Pursuant to the Court's instruction, please be advised that I will present oral argument on behalf of the Appellant Orca Assets, G.P., L.L.C. on Wednesday, April 22, 2015, at 11:00 a.m.

Thank you for your assistance in this matter.

Very truly yours,

WARE, JACKSON, LEE & CHAMBERS, L.L.P.

By:   /S/ Timothy F. Lee
        Timothy F. Lee

TFL:lb

cc:     Jessica B. Pulliam          *Via ProDoc E-File*
        Stephanie F. Cagniart
        Baker Botts LLP
        2001 Ross Ave., Suite 600
        Dallas, Texas 75201

A Limited Liability Partnership

America Tower, 39th Floor | 2929 Allen Parkway | Houston, Texas 77019 | Tel 713-659-6400 | Fax 713-659-6262 | www.warejackson.com

Deborah Hankinson     ***Via ProDoc E-File***
Stephanie D. Nelson
Hankinson LLP
750 North St. Paul Street, Suite 1800
Dallas, Texas 75201

James G. Bennett      ***Via ProDoc E-File***
H. Allen Pennington
Pennington Hill, LLP
Tindall Square – Warehouse No. 3
509 Pecan Street, Suite 101
Fort Worth, Texas 76102